

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00317-CV

| | | |
|---|---|---|
| IN THE INTEREST OF A.W., A CHILD | § | On Appeal from County Court at Law No. 1 |
| | § | of Parker County (CIV-19-0018) |
| | § | May 12, 2022 |
| | § | Memorandum Opinion by Justice Wallach |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of prosecution.

It is further ordered that Appellant J.W. shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mike Wallach_____
Justice Mike Wallach